93-127. State ex rel. Horwitz v. Probate Div. of the Court of Common Pleas of Cuyahoga Cty. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court that said writ of prohibition be, and the same is hereby, denied,

effective February 1, 1993.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.